1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  DORA MUNOZ,                        )   No.  EDCV 14 - 01767 RNB
11                                     )
12       Plaintiff,                    )   [PROPOSED] ORDER AWARDING
                                       )   EAJA FEES
13       v.                            )
14                                     )
    CAROLYN W. COLVIN, Acting          )
15  Commissioner Of Social Security,   )
16                                     )
17       Defendant.                    )
    _____)

18
19       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20       IT IS ORDERED that EAJA fees are awarded in the amount of THREE
    THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the
21  stipulation.
22       DATE:  July 09, 2015     _____
23
                                  HON. ROBERT N. BLOCK
24                                UNITED STATES MAGISTRATE JUDGE
25
26
27
28

-1-